IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,                      No. CIV-05-1121 MCE KJM P

    vs.

LOU BLANAS,                              ORDER

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The Federal Defender is appointed to represent petitioner;

3. Counsel is directed to contact the Clerk's Office to make arrangements for copies of the file;

4. A status conference is set for February 1, 2006, at 10:00 a.m. in courtroom #26. Petitioner shall appear through counsel.

DATED: December 15, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

ceja1121.110a