IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

    Petitioner,        No. CIV S-05-1121 MCE KJM P

    vs.

LOU BLANAS,

    Respondents.        ORDER

_____/

On March 29, 2006, this matter came on regularly for status conference. David Porter, Assistant Federal Defender, appeared for petitioner. Based on the conversation occurring at the status conference, petitioner's status report, the court's file, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's application for writ of habeas corpus is dismissed.

    2. Petitioner is granted thirty days within which to file a complaint alleging violation of civil rights under 42 U.S.C. § 1983 on the form to be provided by the Clerk of the Court. Petitioner's failure to file a § 1983 complaint within thirty days will result in a recommendation that this action be dismissed without prejudice.

/////

/////

/////

/////

3. The Clerk of the Court is directed to send petitioner the court's form complaint for violations of civil rights alleged by prisoners.

4. The Federal Defender is relieved as counsel for petitioner.

DATED: April 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] ceja0536.aho