1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDREW A. CEJAS,

11          Petitioner,              No. CIV S-05-1121 MCE KJM P

12      vs.

13  LOU BLANAS,

14          Respondent.            FINDINGS & RECOMMENDATIONS

15  _____/

16          By order filed April 12, 2006, petitioner's application for writ of habeas corpus

17  was dismissed with thirty days' leave to file a complaint under 42 U.S.C. § 1983.  The thirty day

18  period has now expired, and petitioner has not filed a § 1983 complaint or otherwise responded

19  to the court's April 12, 2006 order.

20          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21  without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24  days after being served with these findings and recommendations, petitioner may file written

25  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  June 5, 2006.

4

5                                                                      _____

6                                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10  1/mp
    ceja1121.ftahab

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26