IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

        Plaintiff,                  No. CIV S-05-1121 MCE KJM P

    vs.

LOU BLANAS, et al.,

        Defendants.            <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 9, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's June 21, 2007 findings and recommendations are vacated;

        2. Plaintiff's June 20, 2007 request for an extension of time is granted; and

        3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: June 25, 2007.

                                             U.S. MAGISTRATE JUDGE

1/mp
ceja1121.36