IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

        Plaintiff,                      No. CIV S-05-1121 MCE KJM P

    vs.

LOU BLANAS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By an order filed January 10, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, one USM-285 form and copies of his July 26, 2007 amended complaint which are required to effect service on the defendant Iwasa.  On January 22, 2008, plaintiff submitted the USM-285 form but failed to submit the two copies of his amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a copy of the July 26, 2007 second amended complaint; and

/////

/////

2. Within thirty days, plaintiff shall submit to the court the two copies of the July 26, 2007 amended complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
ceja1121.8f