IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

       Plaintiff,                  No. CIV S-05-1121 MCE KJM P

  vs.

MARK IWASA, et al.,

       Defendants.          <u>ORDER TO SHOW CAUSE</u>

       Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Defendant Iwasa was served with process but he has not filed his answer or otherwise appeared in this action and the time for doing so has expired.  Good cause appearing IT IS HEREBY ORDERED that:

       1. Within thirty days of this order defendant Iwasa show cause why the court should not enter default against him under Rule 55(a) of the Federal Rules of Civil Procedure.

       2. The Clerk of the Court is directed to serve a copy of this order on Officer Mark M. Iwasa, 651 I Street, Sacramento, CA, 95814.

DATED: February 11, 2009.

                                    U.S. MAGISTRATE JUDGE

1
ceja1121.def