IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

      Plaintiff,                        No. CIV S-05-1121 MCE KJM P

     vs.

MARK IWASA,

      Defendant.                  ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On February 11, 2009, the court issued an order to show cause why the court should not enter default against the defendant under Federal Rule of Civil Procedure 55(a) for failure to respond to the second amended complaint. The defendant filed his response on March 13, effectively pleading excusable neglect: he states that, even though he returned a waiver of service in this case, he mistakenly thought the waiver applied in another, unrelated case involving the same plaintiff. See Response at 1. He goes on to inform the court that, "Defendant Iwasa is prepared to appear and defend this action vigorously and can have an answer on file within 10 days of the discharge of the order to show cause." Id. at 2.

/////

/////

1

While the court notes defendant, in an abundance of caution, might have already filed an answer by the date of this order, the court will now provide ten days for the filing of any response to the second amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Iwasa has ten days from the entry of this order in which to file a response to the second amended complaint; and

2. The Order to Show Cause (docket no. 34) is discharged.

DATED: May 5, 2009.

_____
U.S. MAGISTRATE JUDGE

4
ceja1121.answer