# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ANDREW A. CEJAS**, | * | No. 2:05-cv-01121-AK |
| Plaintiff, | * | |
| v. | * | |
| **MARK IWASA**, | * | ORDER |
| Defendant. | * | |

Plaintiff Andrew A. Cejas, inmate #F-34368, is confined at Pleasant Valley State Prison, in the custody of the Warden of that institution. It is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via videoconference on April 2, 2010, at 10:00 a.m. for a pretrial conference.

Accordingly, it is hereby ordered that:

**1.** A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by videoconference in United States District Court at the date and time above, until

completion of the proceedings or as ordered by the court.

**2.** The custodian shall notify the court of any change in custody of this inmate and shall provide any new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** **Warden, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA 93210**

**WE COMMAND** you to produce inmate Andrew A. Cejas (F-34368) to testify by videoconference before the United States District Court at the date and time above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide any new custodian with a copy of this writ.

March 11, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation