UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
ANDREW A. CEJAS,                 *    No. 2:05-cv-01121-AK
                                 *
    Plaintiff,                   *
                                 *
    v.                           *
                                 *
MARK IWASA,                      *    ORDER
                                 *
    Defendant.                   *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

The pretrial conference scheduled for April 2 at 10:00 a.m. will occur by videoconference.

The Attorney General's office shall make arrangements for plaintiff to be available by videoconference for this hearing and shall contact Rob Johnson (626.229.7153) by March 26, 2010, to advise the court of how the plaintiff may be reached the day of the hearing.  The plaintiff shall be available ten minutes prior to the hearing so the clerk may initiate the videoconference.

March 11, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation