UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW A. CEJAS,<br><br>          Plaintiff,<br><br>vs.<br><br>MARK IWASA,<br><br>          Defendant. | 2:05-cv-01121-AK<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ANDREW A. CEJAS, CDCR No. F-34368, PLAINTIFF**<br><br>DATE: APRIL 2, 2010<br>TIME: 10:00 A.M. |

ANDREW A. CEJAS, inmate, CDCR No. F-34368, plaintiff on his own behalf in this case, is confined at Pleasant Valley State Prison, Coalinga, California, in the custody of the Warden. In order to secure this inmate's attendance at the Pretrial Conference in this matter scheduled for April 2, 2010, at the United States District Court in Fresno, California, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of ANDREW A. CEJAS, CDCR No. F-34368 to produce him in Courtroom # 1, United States Courthouse, 2500 Tulare Street, Fresno, California, the Honorable Alex Kozinski presiding, on APRIL 2, 2010, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Pleasant Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate ANDREW A. CEJAS, CDCR No. F-34368, for a Pretrial Conference in the United States District Court on APRIL 2, 2010, at 10:00 a.m., until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to Pleasant Valley State Prison;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden of Pleasant Valley State Prison

**YOU ARE COMMANDED** to produce ANDREW A. CEJAS, CDCR # F-34368, to appear before the United States District Court, Fresno, California, on APRIL 2, 2010, at 10:00 a.m., until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

March 23, 2010

_____
ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

