**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW A. CEJAS, | 2:05-cv-01121-AK |
|         Plaintiff, | **ORDER ON PRETRIAL CONFERENCE** |
| vs. | |
| MARK IWASA, | DATE:  APRIL 2, 2010<br>TIME:  10:00 A.M. |
|         Defendant. | |

The Warden of Pleasant Valley State Prison (PVSP), Coalinga, California, has agreed to provide a video conference room at PVSP for inmate ANDREW A. CEJAS, CDCR No. F-34368, in the Pretrial Conference in this matter with the Honorable Alex Kozinski presiding, on APRIL 2, 2010, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

The Writ of Habeas Corpus ad Testificandum issued on March 25, 2010, is MODIFIED to allow the Warden of Pleasant Valley State Prison and the California Department of Corrections and Rehabilitation to produce inmate ANDREW A. CEJAS, CDCR No. F-34368, for a Pretrial Conference in a video conference room at PVSP on APRIL 2, 2010, at 10:00 a.m., until completion of court proceedings or as ordered by the court.

**IT IS SO ORDERED**.

March 30, 2010

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation