UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
ANDREW A. CEJAS,                 *    No. 2:05-cv-01121-AK
                                 *
    Plaintiff,                   *
                                 *
    v.                           *
                                 *
MARK IWASA,                      *    ORDER
                                 *
    Defendant.                   *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

    Trial in this matter is set for June 28, 2010, at 9:30 a.m. in courtroom 3 of the Robert T. Matsui United States Courthouse in Sacramento.

    Plaintiff claims that I have not ruled on all of his pending discovery motions. Specifically, he points to his motions dated July 30 and October 20, 2009. The second of these motions was untimely, as the deadline to file a motion to compel was October 18, 2009. As for the first motion, I ordered defendant to provide the requested discovery in my order dated November 23, 2009. If plaintiff feels that defendant has not fully complied with that order, he should file an additional motion to compel by April 12, 2010. After that date, no further motions regarding

page 2

discovery will be entertained.

Plaintiff shall submit a list of witnesses and exhibits by June 1, 2010. The parties shall notify the court of any changes to their lists of witnesses before June 21, 2010. Any proposed voir dire questions shall likewise be presented by June 21, 2010. Any proposed jury instructions shall be presented no later than the first day of trial.

The court assigns two days of trial to this case, including jury selection. The parties shall arrange the presentation of evidence and cross-examination so as to stay within this time limit.

April 3, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation