# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ANDREW A. CEJAS**,

  Plaintiff,

  v.

**MARK IWASA**,

  Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 2:05-cv-01121-AK

**ORDER**

      Daniel Bookin's June 14, 2010 motion to withdraw as attorney (docket entry 87) is granted.

      Trial is rescheduled in this matter to Tuesday, September 7, 2010 at 9:30 a.m. in Courtroom 3 of the Robert T. Matsui United States Courthouse in Sacramento. Moving the trial to September will help ensure that there is enough time to appoint counsel pursuant to our June 8, 2010 order (docket entry 84).

      Plaintiff's June 10, 2010 motion to have the United States Marshal serve a subpoena to the custodian of his medical records (docket entry 86) is granted

pursuant to our May 25, 2010 order (docket entry 81).

June 21, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation