UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
ANDREW A. CEJAS,                 *   No. 2:05-cv-01121-AK
                                 *
    Plaintiff,                   *
                                 *
    v.                           *
                                 *
MARK IWASA,                      *   ORDER
                                 *
    Defendant.                   *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

Eugene Illovsky has been selected from the court's pro bono panel as counsel in this matter, pursuant to our June 8, 2010 order (docket entry 84).

**IT IS ORDERED:**

1. Eugene Illovsky is appointed as pro bono counsel for plaintiff. The court thanks counsel for accepting the appointment.

2. The Clerk of the Court is directed to serve a copy of this order upon plaintiff Andrew Cejas and upon Eugene Illovsky, Morrison & Foerster, LLP, 755

page 2

Page Mill Road, Palo Alto, CA 94304.

August 3, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation