## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * *
|                        |   |                          |
|------------------------|---|--------------------------|
| **ANDREW A. CEJAS**,   | * | No. 2:05-cv-01121-AK     |
| Plaintiff,             | * |                          |
| v.                     | * |                          |
| **MARK IWASA**,        | * | **ORDER & WRIT OF**      |
|                        | * | **HABEAS CORPUS AD**     |
| Defendant.             | * | **TESTIFICANDUM**        |

* * * * * * * * * * * * * * * * *

Plaintiff Andrew A. Cejas, CDCR No. F-34368, is confined at Pleasant Valley State Prison (PVSP), in the custody of the Warden of that institution. It is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate via videoconference on Thursday, September 30, 2010, at 2:00 p.m. for a pretrial conference.

Accordingly, it is hereby ordered that:

**1.** A Writ of Habeas Corpus ad Testificandum shall issue, under the seal of this court, commanding the Warden to produce the inmate named above in a video

conference room at PVSP on September 30, 2010, at 2:00 p.m., until completion of court proceedings or as ordered by the court.

**2.**  The custodian shall notify the court of any change in custody of this inmate and shall provide any new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**   Warden, Pleasant Valley State Prison

**WE COMMAND** you to produce inmate Andrew A. Cejas, CDCR No. F-34368, in a video conference room at PVSP at the date and time above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and are ordered to provide any new custodian with a copy of this writ.

August 27, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation