UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * *
|  |  |
|---|---|
| ANDREW A. CEJAS, | No. 2:05-cv-01121-AK |
| Plaintiff, |  |
| v. |  |
| MARK IWASA, | ORDER ON PRETRIAL CONFERENCE |
| Defendant. |  |

* * * * * * * * * * * * * * * * *

Pleasant Valley State Prison (PVSP), Coalinga, California, has represented to this court that video conferencing is unavailable for the pretrial conference in this matter, scheduled for September 30, 2010, at 2:00 p.m. (docket entry 101).

**ACCORDINGLY, IT IS ORDERED that:**

The scheduling order and Writ of Habeas Corpus ad Testificandum issued on August 27, 2010 (docket entries 99 and 100) are MODIFIED to allow the Warden of PVSP and the California Department of Corrections and Rehabilitation to produce inmate Andrew A. Cejas, CDCR No. F-34368, in a <u>telephone</u>

page 2

conference room at PVSP, for a pretrial conference on September 30, 2010, at 2:00 p.m., until completion of court proceedings or as ordered by the court. No later than September 27, 2010, both parties will contact Caleb Gaul, 626-229-7282, to make arrangements for the attorneys to appear by video and for the inmate to appear by telephone for the pretrial conference.

**IT IS SO ORDERED**.

September 17, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation