## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
ANDREW A. CEJAS,                 *    No. 2:05-cv-01121-AK
                                 *
     Plaintiff,                  *
                                 *
     v.                          *
                                 *
MARK IWASA,                      *    ORDER ON PRETRIAL
                                 *    CONFERENCE
     Defendant.                  *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

The pretrial conference in this matter is rescheduled to Monday, October 18, 2010, at 2:00 p.m. The scheduling order and Writ of Habeas Corpus ad Testificandum (docket entries 99 and 100), as modified by the September 17 pretrial conference order (docket entry 104), are FURTHER MODIFIED to reflect this date change.

**IT IS SO ORDERED**.

September 24, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation