## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                  *
ANDREW A. CEJAS,                  *   No. 2:05-cv-01121-AK
                                  *
     Plaintiff,                   *
                                  *
     v.                           *
                                  *
MARK IWASA,                       *   ORDER
                                  *
     Defendant.                   *
                                  *
                                  *
* * * * * * * * * * * * * * * * *
```

The Court approves the stipulated briefing schedule (docket entry 110). The deadline for Plaintiff to file an opening brief in support of a motion for class certification is extended to December 17, 2010. The deadline for Defendant to file an opposition brief is extended to January 20, 2011.

November 29, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation