UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

       Plaintiff,            No. CIV S-05-1121 AK P

  vs.

LOU BLANAS, et al.,

       Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Andrew A. Cejas, inmate # F-34368, a necessary and material witness in proceedings in this case on December 20, 2010, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, California, 93210, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by video-conferencing at Pleasant Valley State Prison, December 20, 2010, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The clerk of court shall send a courtesy copy of this order and writ by fax to Pleasant Valley State Prison at (559) 935-4903.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Pleasant Valley State Prison, 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, California, 93210:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 14, 2010.

                                                              /s/ Dale A. Drozd
                                                              DALE A. DROZD
                                                              UNITED STATES MAGISTRATE JUDGE

DAD:mp
ceja1121.841vc