UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDREW A. CEJAS,

        Plaintiff,                    No. CIV S-05-1121 AK P

  vs.

LOU BLANAS, et al.,

                            **AMENDED ORDER & WRIT OF HABEAS**
        Defendants.        **CORPUS AD TESTIFICANDUM**

        Andrew A. Cejas, inmate # F-34368, a necessary and material witness in proceedings in this case on December 20, 2010, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, P.O. Box 8500, Coalinga, California 93210, in the custody of the Warden; in order to secure this inmate's attendance at a settlement conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, to appear by telephone at Pleasant Valley State Prison, December 20, 2010, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by telephone before the United States District Court at the time and place above until completion of the settlement conference or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The clerk of court shall send courtesy copies of this order and writ by fax to Pleasant Valley State Prison at (559) 935-4928 and (559) 935-4903.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Pleasant Valley State Prison, 24863 West Jayne Avenue, P. O. Box 8500, Coalinga, California 93210:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone until completion of the settlement conference or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 17, 2010.

                                                                         DALE A. DROZD
                                                                     UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\prisoner-civil rights\ceja1121.841tel