## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
ANDREW A. CEJAS,                 *   No. 2:05-cv-01121-AK
                                 *
     Plaintiff,                  *
                                 *
     v.                          *
                                 *
MARK IWASA,                      *   ORDER
                                 *
     Defendant.                  *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

Pursuant to the parties' stipulation (docket entry 123), this case is dismissed with prejudice. Each side is to bear its own attorney's fees and costs.

February 7, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation